UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>      Plaintiff,<br><br>      v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>      Defendants. | Civil Action No. 2:15-cv-239- JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTON FOR ENTRY OF DISCOVERY ORDER, E-DISCOVERY ORDER AND PROTECTIVE ORDER

COME NOW, Plaintiff, Avago Technologies General IP (Singapore) PTE. LTD., and Defendants, ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, and files this Joint Motion for Entry of Discovery Order, E-Discovery Order and Protective Order, and would show the Court as follows:

I.

The parties hereby request the Court enter the Discovery Order, E-Discovery Order and Protective Order attached hereto.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that the Court grant this Motion and enter the attached Discovery Order, E-Discovery Order and Protective Order and for such other and further relief as the parties may show themselves justly entitled.

1

**DATED**:  June 11, 2015

Respectfully submitted,

/s/ Elizabeth L. DeRieux
S. Calvin Capshaw
TX Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
TX Bar No. 05770585
Frederick G. Michaud
DC Bar No. 177675
fmichaud@capshawlaw.com
CAPSHAW DeRIEUX, LLP
114 East Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

KILPATRICK TOWNSEND &
    STOCKTON LLP
Kristopher L. Reed
kreed@kilpatricktownsend.com
David E. Sipiora
dsipiora@kilpatricktownsend.com
Matthew C. Holohan
mholohan@kilpatricktownsend.com
John D. Cadkin
jcadkin@kilpatricktownsend.com
Suite 600, 1400 Wewatta Street
Denver, CO, 80202
Telephone: (303) 571-4000
Facsimile: (303) 571- 4321

**ATTORNEYS FOR PLAINTIFF
AVAGO  TECHNOLOGIES  GENERAL
IP (SINGAPORE) PTE. LTD**

Respectfully submitted,

*/s/ Michael J. Newton by permission ELD*
Michael J. Newton
Alston & Bird
2828 North Harwood Street
18th Floor
Dallas, Texas 75201-2139
Tel: 214-922-3423
Fax: 214-922-3863
mike.newton@alston.com

Michael C. Smith
Texas Bar No. 18650410
SIEBMAN, BURG, PHILLIPS & SMITH, LLP
113 East Austin Street, P.O. Box 1556
Marshall, TX 75671
Telephone: (903) 938-8900
Facsimile: (972) 767-4620
Email: michaelsmith@siebman.com

**ATTORNEY FOR DEFENDANTS
ASUSTEK COMPUTER INC.  AND
ASUS COMPUTER INTERNATIONAL**

.

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I have complied with the Local Rule CV-7.  Specifically, I have conferred with counsel for Defendants who have consented to the joint filing of this motion.

*/s/ John Cadkin by permission ELD*
John Cadkin

## **CERTIFICATE OF SERVICE**

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 11th day of June, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Elizabeth L. DeRieux*
Elizabeth L. DeRieux