## CERTIFICATE OF CONFERENCE

On July 17, 2015, pursuant to Local Rule CV-7(h), counsel for Plaintiff conferred with counsel for Defendants via email, and counsel for Defendants indicated that Defendants do not oppose the relief requested in this Motion.

/s/ John D. Cadkin

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2015, I cause the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

/s/ Terri O'Brien