# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, <br><br> Defendants. | Civil Action No. 2:15-cv-239- JRG <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF P.R. 4-2 DISCLOSURES

COMES NOW, Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd. and files this Notice that pursuant to P.R 4-2 it served its Preliminary Claim Constructions and Extrinsic Evidence on counsel for Defendants on July 24, 2015.

Dated: July 27, 2015

*/s/ Elizabeth L. DeRieux*
Elizabeth L. DeRieux
TX Bar No. 05770585
Frederick G. Michaud
DC Bar No. 177675
fmichaud@capshawlaw.com
CAPSHAW DeRIEUX, LLP
114 East Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

                                        KILPATRICK TOWNSEND &
                                            STOCKTON LLP
Kristopher L. Reed
kreed@kilpatricktownsend.com
David E. Sipiora
dsipiora@kilpatricktownsend.com
Matthew C. Holohan
mholohan@kilpatricktownsend.com
John D. Cadkin
jcadkin@kilpatricktownsend.com
Suite 600, 1400 Wewatta Street
Denver, CO, 80202
Telephone: (303) 571-4000
Facsimile: (303) 571- 4321

ATTORNEYS FOR PLAINTIFF
AVAGO TECHNOLOGIES GENERAL IP
(SINGAPORE) PTE. LTD

## CERTIFICATE OF SERVICE

      I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 27th day of July, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                          */s/ Elizabeth L. DeRieux*
                                          Elizabeth L. DeRieux