UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>　　　　Defendants. | Civil Action No. 2:15-cv-00239-JRG |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF LETTERS ROGATORY FOR EVIDENCE FROM FOREIGN THIRD PARTIES**

On this day, the Court considered Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd.'s ("Avago") Unopposed Motion to Approve Request for International Judicial Assistance in Procuring Evidence from Foreign Third Parties. After careful consideration, the Court finds that Avago's Motion (Dkt. No. 41) should be, and hereby is, GRANTED.

The Clerk of the Court is directed to return the original Letters Rogatory to Panasonic Corporation (formerly Matsushita Electric Industrial Co., Ltd.), Toshiba Samsung Storage Technology Corp., Hitachi-LG Data Storage, Inc., and Murata Manufacturing Co., Ltd., hand-signed, and sealed by the Court, to Plaintiff for forwarding to the United States Department of State, Office of the American Citizen Service.

**So ORDERED and SIGNED this 12th day of August, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE