# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., <br><br> Plaintiff, <br><br> v. <br><br> ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, <br><br> Defendants. | Case No.: 3:15-CV-04525-EMC <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATION FOR ADMINISTRATIVE RELIEF TO CONTINUE THE CASE MANAGEMENT CONFERENCE <br><br> DEMAND FOR JURY TRIAL |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Case Management Conference currently scheduled for November 17, 2015, will be continued to November 19, 2015, at 9:30 A.M. PDT. A joint CMC statement shall be filed by November 12, 2015.

Dated: 10/21/15    By: _____
Hon. Edward M. Chen
United States District Court



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen