KILPATRICK TOWNSEND & STOCKTON LLP
David E. Sipiora (SBN 124951)
Kristopher L. Reed (SBN 235518)
Matthew C. Holohan (SBN 239040)
1400 Wewatta Street
Denver, CO 80202
Telephone:   (303) 571-4000
Facsimile:    (303) 571-4321
Email:          dsipiora@kilpatricktownsend.com
                    kreed@kilpatricktownsend.com
                    mholohan@kilpatricktownsend.com

Robert J. Artuz (SBN 227789)
Eighth Floor, Two Embarcadero Center
San Francisco, CA 94111
Telephone:   (415) 273-4713
Facsimile:    (415) 576-0300
Email:          rartuz@kilpatricktownsend.com

Attorneys for Plaintiff
AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | Case No. 15-cv-04525-EMC<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO APPROVE REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE IN PROCURING EVIDENCE FROM FOREIGN THIRD PARTIES** |



This Court, having considered Plaintiff's Unopposed Motion to Approve Request for International Judicial Assistance in Procuring Evidence from Foreign Third Parties pursuant to Fed. R. Civ. P. 26 (b)(1) and 28(b), seeking the issuance of Letters Rogatory to the appropriate judicial authority of Taiwan in order to compel the oral testimony and the disclosure of documents from non-party witnesses AzureWave Technologies, Inc., Philips & Lite-On Digital Solutions Corp., Inpaq Technology Company, Hon Hai Precision Industry Co., Ltd., and MediaTek Inc.

Having considered the motion, and any other matters deemed to be appropriate by the Court, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT Plaintiff, Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd.'s Unopposed Motion to Approve Request for International Judicial Assistance in Procuring Evidence from Foreign Third Parties is hereby GRANTED.

The court will sign and affix its seal to each of the Letters Rogatory submitted and return the letters with original signatures and seals to Plaintiff's counsel for forwarding to the appropriate Judicial Authority of Taiwan.

IT IS SO ORDERED.

Dated: 11/20/15

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]

Hon. Edward M. Chen
United States District Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue,
San Francisco, CA  94102
United States of America

67844164V.3



2
[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO APPROVE REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE IN PROCURING EVIDENCE FROM FOREIGN THIRD PARTIES
Case No. 15-cv-04525-EMC