1  [COUNSEL OF RECORD ARE LISTED
2  IN THE ATTACHED SERVICE LIST]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LSI CORPORATION, AGERE SYSTEMS LLC, and AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.<br><br>Plaintiffs,<br><br>v.<br><br>FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; P&F USA, INC.; and FUNAI SERVICE CORPORATION,<br><br>Defendants. | Case No.: 3:15-CV-04307-EMC<br><br>**STIPULATION AND [PR~~OPO~~SED] ORDER FOR ADMINISTRATIVE RELIEF** |
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | Case No.:  3:15-CV-04525-EMC<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER FOR ADMINISTRATIVE RELIEF** |
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ACER INC. and ACER AMERICA CORP.,<br><br>Defendants. | Case No.:  3:15-CV-05427-EMC<br><br>**STIPULATION AND [PR~~OPO~~SED] ORDER FOR ADMINISTRATIVE RELIEF** |

STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF
Page 1

1   Pursuant to Civil L.R. 7-11, due to a scheduling conflict that has arisen in regards to the
2  availability of counsel for Plaintiffs LSI Corporation, Agere Systems LLC, and Avago Technologies
3  General IP (Singapore) Pte. Ltd. (collectively "Plaintiffs"), and due to the unavailability of counsel
4  for Defendants Funai Electric Co., Ltd., Funai Corporation, Inc., P&F USA, Inc.; and Funai Service
5  Corporation after January 14, 2016:

6   1.   Plaintiffs and Defendants ASUSTeK Computer, Inc., and ASUS Computer
7  International  respectfully request that the Case Management Conference and Hearing on Plaintiff
8  Avago Technologies General IP (Singapore) Pte. Ltd.'s Motion for Leave to Serve Amended
9  Infringement Contentions in Case No. 15-cv-04525-EMC, both currently scheduled for January 14,
10 2016 at 1:30 p.m., be rescheduled to January 5, 2016 at 1:30 p.m.

11   2.   Plaintiffs and Defendants Funai Electric Co., Ltd., Funai Corporation, Inc., P&F
12 USA, Inc.; and Funai Service Corporation respectfully request that the Case Management
13 Conference in Case No. 15-cv-04307-EMC, currently scheduled for January 14, 2016 at 1:30 p.m.,
14 be rescheduled to January 5, 2016 at 1:30 p.m.

15   3.   Plaintiffs respectfully request that the Case Management Conference in Case No. 15-
16 cv-05427-EMC, currently set for January 14, 2016 at 1:30 p.m., be rescheduled to January 5, 2016 at
17 1:30 p.m.  Defendants in Case No. 15-cv-05427-EMC have not yet appeared.

18 Dated: December 8, 2015                KILPATRICK TOWNSEND & STOCKTON LLP

19                                         By:   /s/ David E. Sipiora
                                                 David E. Sipiora
20
                                          *Attorneys for Plaintiffs LSI Corporation, Agere Systems*
21                                        *LLC, and Avago Technologies General IP (Singapore)*
                                          *Pte. Ltd.*
22

23 Dated: December 8, 2015                BAKER & HOSTETLER LLP

24                                         By:   /s/ Kevin W. Kirsch (with permission
                                                 Kevin W. Kirsch
25
                                          *Attorneys for Defendants Funai Electric Co., Ltd.;*
26                                        *Funai Corporation, Inc.; P&F USA Inc.; and Funai*
                                          *Service Corp.*
27

28

1  Dated: December 8, 2015                ALSTON & BIRD, LLP

2                                          By:   /s/ Michael J. Newton
                                                 Michael J Newton
3

4                                          *Attorneys for Defendants ASUSTeK Computer, Inc. and ASUS Computer International*

5

6  IT IS SO ORDERED. The case management conference for all three cases are rescheduled from 1/14/16 to 1/5/16 at 1:30 p.m. Plaintiff Avago's Motion for leave to serve amended infringement contentions in Case No. 15-4525 EMC remains scheduled for 1/14/16 at 1:30 p.m.

Dated: 12/10/15

_____
UNITED STATES JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Kilpatrick Townsend & Stockton, LLP, whose address is 1400 Wewatta Street, Suite 600, Denver, Colorado 80202.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on December 8, 2015, I served the following:

**STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF**

by electronically mailing a true and correct copy through Kilpatrick Townsend & Stockton LLP's electronic mail system to the e-mail addresses set forth below per agreement of the parties in accordance with Fed. R. Civ. P. 5(b).

[SEE ATTACHED SERVICE LIST]

I declare under penalty of perjury that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on December 8, 2015, in Denver, Colorado.

/s/ Pamela A. Freitik
Pamela A. Freitik

# SERVICE LIST

| | |
|---|---|
| David E Sipiora<br>dsipiora@kilpatricktownsend.com<br>Kenneth S Chang<br>kschang@kilpatricktownsend.com<br>Kristopher L Reed<br>kreed@kilpatricktownsend.com<br>Matthew Christian Holohan<br>mholohan@kilpatricktownsend.com<br>Kilpatrick Townsend and Stockton LLP<br>1400 Wewatta Street Suite 600<br>Denver, CO 80202-5556<br>303-405-8527<br>Fax: 303-648-4730<br><br>*Attorneys for Defendants LSI Corporation, Agere Systems LLC, and Avago Technologies General IP (Singapore) Pte. Ltd* | Kevin W. Kirsch (CA SBN 166184)<br>kkirsch@bakerlaw.com<br>David A. Mancino (pro hac vice)<br>dmancino@bakerlaw.com<br>Scott R. Stanley (pro hac vice)<br>sstanley@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>312 Walnut Street, Suite 3200<br>Cincinnati, Ohio 45202-4074<br>Telephone:    (513) 929-3499<br>Facsimile:    (513) 929-0303<br><br>Jared A. Brandyberry (pro hac vice)<br>jbrandyberry@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>1801 California Street, Suite 4400<br>Denver, Colorado 80202-2662<br>Telephone:    (303) 764-4072<br>Facsimile:    (303) 861-7805<br><br>*Attorneys for Defendants Funai Electric Co., Ltd.; Funai Corporation, Inc.; P&F USA Inc.; and Funai Service Corp.*<br><br>Michael J. Newton<br>mike.newton@alston.com<br>Derek Scott Neilson<br>derek.neilson@alston.com<br>Sang (Michael) Lee<br>michael.lee@alston.com<br>Alston & Bird, LLP - Dallas<br>2828 North Harwood Street, Suite 1800<br>Dallas, TX 75201<br>214-922-3423<br>Fax: 214-922-3863<br><br>Patrick John Flinn<br>patrick.flinn@alston.com<br>Alston & Bird LLP - Atlanta<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>404/881-7920<br>Fax: 404/253-8370<br><br>*Attorneys for Defendants ASUSTeK Computer, Inc. and ASUS Computer International* |