KILPATRICK TOWNSEND & STOCKTON LLP
David E. Sipiora (SBN 124951)
Kristopher L. Reed (SBN 235518)
Matthew C. Holohan (SBN 239040)
1400 Wewatta St., Suite 600
Denver, CO 80202
Telephone:    (303) 571-4000
Facsimile:    (303) 571-4321
Email:        dsipiora@kilpatricktownsend.com
              kreed@kilpatricktownsend.com
              mholohan@kilpatricktownsend.com

Robert J. Artuz (SBN 227789)
Eighth Floor, Two Embarcadero Center
San Francisco, CA 94111
Telephone:    (415) 273-4713
Facsimile:    (415) 576-0300
Email:        rartuz@kilpatricktownsend.com

Attorneys for Plaintiff

AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | Case No.: 3:15-CV-04525-EMC<br><br>**STIPULATION AND [PRO~~POS~~ED] ORDER FOR ADMINISTRATIVE RELIEF** |

Pursuant to Civil L.R. 7-11, due to a scheduling conflict that has arisen in regards to the availability of counsel for Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd. ("Avago"), Avago and Defendants ASUSTeK Computer Inc., and ASUS Computer International respectfully request that the Hearing on Avago's Motion for Leave to Serve Amended Infringement Contentions, currently scheduled for January 14, 2016 at 1:30 p.m., be rescheduled to January 21, 2016 at 1:30 p.m.

| | | |
|---|---|---|
| 1 | Dated: December 11, 2015 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | | By:   */s/ David E. Sipiora* |
| | | David E. Sipiora |
| 3 | | |
| 4 | | *Attorneys for Plaintiffs LSI Corporation, Agere Systems LLC, and Avago Technologies General IP (Singapore) Pte. Ltd.* |
| 5 | | |
| 6 | Dated: December 11, 2015 | ALSTON & BIRD, LLP |
| 7 | | By:   */s/ Michael J. Newton (with permission)* |
| | | Michael J. Newton |
| 8 | | |
| 9 | | *Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International* |

IT IS SO ORDERED.

Dated:   December 14, 2015

_____
UNITED STATES

IT IS SO ORDERED
Judge Edward M. Chen

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2015, I cause the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Pamela Freitik*
Pamela Freitik