KILPATRICK TOWNSEND & STOCKTON LLP
David E. Sipiora (SBN 124951)
Kristopher L. Reed (SBN 235518)
Matthew C. Holohan (SBN 239040)
1400 Wewatta St., Suite 600
Denver, CO 80202
Email: dsipiora@kilpatricktownsend.com
Email: kreed@kilpatricktownsend.com
Email: mholohan@kilpatricktownsend.com
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

Robert J. Artuz (SBN 227789)
Eighth Floor
Two Embarcadero Center
San Francisco, CA 94111
Email: rartuz@kilpatricktownsend.com
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiffs

LSI Corporation, Agere Systems LLC and Avago Technologies General IP (Singapore) Pte. Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

LSI CORPORATION, AGERE SYSTEMS LLC, and AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.

Plaintiffs,

v.

FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; P&F USA, INC.; and FUNAI SERVICE CORPORATION,

Defendants.

Case No.: 3:15-CV-04307-EMC

Denied

**STIPULATION AND [~~PROPOSED~~] ORDER FOR ALL COUNSEL TO APPEAR BY TELEPHONE AT THE JANUARY 5, 2016 CASE MANAGEMENT CONFERENCE**

AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,

Plaintiff,

v.

ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,

Defendants.

Case No.: 3:15-CV-04525-EMC

Denied

**STIPULATION AND [PROPOSED] ORDER FOR ALL COUNSEL TO APPEAR BY TELEPHONE AT THE JANUARY 5, 2016 CASE MANAGEMENT CONFERENCE**

AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,

Plaintiff,

v.

ACER INC. and ACER AMERICA CORP.,

Defendants.

Case No.: 3:15-CV-05427-EMC

Denied

**STIPULATION AND [PROPOSED] ORDER FOR ALL COUNSEL TO APPEAR BY TELEPHONE AT THE JANUARY 5, 2016 CASE MANAGEMENT CONFERENCE**

Pursuant to Civil L.R. 16-10(a), Plaintiffs LSI Corporation, Agere Systems LLC, and Avago Technologies General IP (Singapore) Pte. Ltd. (collectively, "Plaintiffs"); Defendants Funai Electric Co., Ltd., Funai Corporation, Inc., P&F USA, Inc. (collectively, "Funai"); Defendants ASUSTeK Computer, Inc., and ASUS Computer International (collectively, "ASUS"); and Defendants Acer Inc. and Acer America Corp. (collectively, "Acer") respectfully request to appear by telephone at the Case Management Conference scheduled for January 5, 2016. All counsel will appear by telephone with the Court's permission.

Respectfully submitted,

Dated: December 28, 2015

KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ David E. Sipiora
David E. Sipiora

*Attorneys for Plaintiffs LSI Corporation, Agere Systems LLC, and Avago Technologies General IP (Singapore) Pte. Ltd.*

Dated: December 28, 2015

BAKER & HOSTETLER LLP

By: /s/ Kevin W. Kirsch (with permission)
Kevin W. Kirsch

*Attorneys for Defendants Funai Electric Co., Ltd.; Funai Corporation, Inc.; P&F USA Inc.; and Funai Service Corp.*

Dated: December 28, 2015

ALSTON & BIRD, LLP

By: /s/ Michael J. Newton (with permission)
Michael J. Newton

*Attorneys for Defendants ASUSTeK Computer, Inc. and ASUS Computer International*

Dated: December 28, 2015

TECHKNOWLEDGE LAW GROUP LLP

By: /s/ Craig Kaufman (with permission)
Craig Kaufman

*Attorneys for Defendants Acer Inc. and Acer America Corp.*

~~APPROVED.~~ Denied. Counsel must appear in person.

Dated: December 30, 2015

UNITED STATES JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Edward M. Chen