UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE LTD.,, <br> Plaintiff, <br> v. <br> ASUSTEK COMPUTER, INC., et al., <br> Defendants. | Case No.  15-cv-04525-EMC   (DMR) <br><br> **ORDER TO SUBMIT DECLARATIONS SUPPORTING MOTIONS TO SEAL** <br> Re: Dkt. Nos. 108, 152 |

On December 3, 2015, Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd filed a motion to seal Exhibit 10 to the Holohan Declaration in support of Plaintiff's Motion to Compel. Docket No. 108.  The Hon. Edward M. Chen referred the case to the undersigned for all discovery disputes, including the Motion to Compel and the Motion to File Under Seal.  Docket No. 109. Plaintiff moved to seal the exhibit on the grounds that it consisted entirely of pages that Defendants ASUSTeK Computer Inc. and ASUS Computer International had designated as "Restricted—Attorney's Eyes Only."  Docket No. 108-1 at ¶ 4.

On December 29, 2015, Plaintiff filed a motion to seal Exhibit 1 to the parties' Joint Discovery Letter Brief [Docket No. 151] on the basis that the exhibit consisted entirely of pages that Defendants ASUSTeK Computer Inc. and ASUS Computer International had designated as "Restricted—Attorney's Eyes Only" pursuant to the Protective Order.  Docket Nos. 152, 152-1.

Defendants ASUSTeK Computer Inc. and ASUS Computer International have not filed responsive declarations for either motion as required by Civil Local Rules 79-5(e)(1) and 79-5(d)(1)(A) establishing that these documents are sealable.

Therefore, **by February 29, 2016**, Defendants ASUSTeK Computer Inc. and ASUS Computer International shall each file either a responsive declaration establishing that the documents are sealable or a statement that it does not seek to seal the information attached to the

motion to compel and to the joint discovery letter.

**IT IS SO ORDERED.**

Dated: February 25, 2016

Donna M. Ryu
United States Magistrate Judge