UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE LTD.,,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER, INC., et al.,<br><br>Defendants. | Case No. 15-cv-04525-EMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Docket No. 181 |

Avago has filed a motion for leave to file a motion for reconsideration. The Court **GRANTS** in part and **DENIES** in part the motion. More specifically, the motion is denied in its entirety, with one exception. Avago has leave to file a motion for reconsideration only with respect to its argument that the Court should have permitted Avago to amend its infringement contentions with respect to fifteen (15) ASUS products that were not offered for sale until after the infringement contentions were served. *See* Docket No. 105 (Opp'n at 10) (ASUS, stating that "it is unclear which products falls in this category" but, "[t]o the extent [Avago] specifically identifies these products to ASUS and ASUS confirms they were released after the deadline for [Avago's] original infringement contentions, ASUS does not oppose adding these new products").

The Court deems the motion for leave as Avago's motion to reconsider. ASUS shall file any opposition to the motion to reconsider (on the one argument alone) within two weeks of the

///

///

///

///

1    date of this order.  Avago shall file a reply within three weeks of the date of this order.  Absent
2    further order of the Court, the Court shall rule on the motion to reconsider based on the papers.
3    This order disposes of Docket No. 181.

5    **IT IS SO ORDERED**.

7    Dated: March 8, 2016

_____
EDWARD M. CHEN
United States District Judge