KILPATRICK TOWNSEND & STOCKTON LLP
David E. Sipiora (SBN 124951)
Kristopher L. Reed (SBN 235518)
Matthew C. Holohan (SBN 239040)
1400 Wewatta St., Suite 600
Denver, CO 80202
Telephone:   (303) 571-4000
Facsimile:    (303) 571-4321
Email:          dsipiora@kilpatricktownsend.com
                    kreed@kilpatricktownsend.com
                    mholohan@kilpatricktownsend.com

Robert J. Artuz (SBN 227789)
Eighth Floor, Two Embarcadero Center
San Francisco, CA 94111
Telephone:   (415) 273-4713
Facsimile:    (415) 576-0300
Email:          rartuz@kilpatricktownsend.com

Attorneys for Plaintiff

AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | Case No.:  3:15-CV-04525-EMC<br><br>**JOINT STIPULATION OF PARTIAL DISMISSAL OF COMPLAINT** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd. ("Avago") and Defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively, "ASUS") hereby stipulate through their respective counsel of record as follows:

All parties stipulate to dismissal with prejudice of Count 3 of the First Amended Complaint for Patent Infringement ("First Amended Complaint") against ASUS pertaining to infringement of U.S. Patent No. 6,188,835 (the "'835 Patent").  Specifically, the parties stipulate to dismissal of Count 3 with respect to ASUS Model No. M11BB-B07 that was identified in the First Amended Complaint and Plaintiff's First Amended Disclosure of Asserted Claims and Infringement Contentions Under Patent L.R. 3.

For the avoidance of doubt, the First Amended Complaint remains operative with respect to all remaining Counts, namely, Counts 1, 2, and 4-8.

Dated: July 1, 2016    KILPATRICK TOWNSEND & STOCKTON LLP

By:  */s/David E. Sipiora*
David E. Sipiora

*Attorneys for Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd.*

Dated: July 1, 2016    ALSTON & BIRD, LLP

By:  */s/Michael J. Newton*
Michael J. Newton

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*



IT IS SO ORDERED

Judge Edward M. Chen