KILPATRICK TOWNSEND & STOCKTON LLP
David E. Sipiora (SBN 124951)
Kristopher L. Reed (SBN 235518)
Matthew C. Holohan (SBN 239040)
1400 Wewatta St., Suite 600
Denver, CO 80202
Telephone:     (303) 571-4000
Facsimile:      (303) 571-4321
Email:            dsipiora@kilpatricktownsend.com
                      kreed@kilpatricktownsend.com
                      mholohan@kilpatricktownsend.com

Robert J. Artuz (SBN 227789)
Eighth Floor, Two Embarcadero Center
San Francisco, CA 94111
Telephone:     (415) 273-4713
Facsimile:      (415) 576-0300
Email:            rartuz@kilpatricktownsend.com

Attorneys for Plaintiff

AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | Case No.: 3:15-CV-04525-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING JUDGMENT OF NON-INFRINGEMENT OF THE '730 PATENT** |

1   WHEREAS, Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd. ("Avago")
2   and Defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively,
3   "ASUS") stipulate and move for entry of judgment of non-infringement under asserted Claims 1-
4   5, 9, 12, 18-21, and 31-34 of U.S. Patent No. 5,670,730 (the "'730 Patent") as to all Accused
5   Products under the Court's Order Re Claim Construction (Dkt. No. 203); and

6   WHEREAS, entry of judgment of non-infringement now will allow the parties to forego
7   further expense and burden in litigation of Claims 1-5, 9, 12, 18-21, and 31-34 of the '730 Patent,
8   while preserving Avago's right to appeal the Court's Order re Claim Construction (Dkt. No. 203);

9   IT IS HEREBY STIPULATED AND AGREED by Avago and ASUS, subject to the
10  approval of the Court, as follows:

11  1.  This is a patent infringement action brought by Avago against ASUS. Avago filed
12  this patent litigation against ASUS on February 20, 2015, in the United States District Court for
13  the Eastern District of Texas. *See* Dkt. No. 1. The patents-in-suit include U.S. Patent Nos.
14  5,670,730; 5,870,087; 6,188,835; 6,430,148; 6,982,663; 6,744,387; and 5,982,830 (collectively,
15  the "Asserted Patents").

16  2.  Avago has accused certain electronic devices, namely certain desktop computers,
17  laptop computers, and tablets, of infringing the '730 Patent (the "Accused Products") as identified
18  in Plaintiff's First Amended Disclosure of Asserted Clams and Infringement Contentions Under
19  Patent L.R. 3.

20  3.  This case was transferred to the Northern District of California in September 2015.
21  Dkt. No. 68.

22  4.  The parties have disputed the construction of the "first header" term found in
23  independent Claim 1 of the '730 Patent. Avago proposed the following construction: "a data
24  structure on a music chip which includes information relating to the way the music tracks were
25  encoded in the memory of the music chip for use by the audio player in decoding the stored
26  music." Dkt. 170-1 at 11. ASUS proposed the following construction: "a single data structure
27  that contains information corresponding to the way in which pre-recorded audio tracks are
28

1  encoded for storage in memory, which is used by the audio player to decode tracks for playback."
2  *Id.*

3  6. On May 27, 2016, the Court issued its Order Re Claim Construction construing the disputed claim terms of the Asserted Patents. Dkt. No. 203. With regard to the "first header" claim term of the '730 Patent, the Court adopted the following construction: "A single data structure that includes information used by the audio player to decode the collection of individual tracks of audio stored in memory [*i.e.*, the *B&N* Construction]." Dkt. No. 203 at 3.

7. Avago and ASUS stipulate that, given the Court's construction of the "first header" term, the Accused Products do not infringe the asserted claims of the '730 Patent.

8. The parties respectfully request that the Court enter judgment of non-infringement by the Accused Products as to the '730 Patent to conserve judicial resources and to avoid the time and expense of further discovery and motion practice related to the '730 Patent. Upon entry of final judgment in this case resolving the remaining Asserted Patents, Avago may file a notice of appeal as to the Court's construction of the "first header" claim term in the '730 Patent in the Courts Order Re Claim Construction (Dkt. No. 203).

**IT IS SO AGREED AND STIPULATED this 1st day of July, 2016:**

Dated: July 1, 2016     KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ David E. Sipiora*
David E. Sipiora

*Attorneys for Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd.*

Dated: July 1, 2016     ALSTON & BIRD, LLP

By: */s/ Michael J. Newton*
Michael J. Newton

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

**IT IS SO ORDERED.**

Dated: July 5, 2016

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER RE: JUDGMENT OF NONINFRINGEMENT OF THE '730 PATENT, Case No. 3:15-cv-04525-EMC