KILPATRICK TOWNSEND & STOCKTON LLP
David E. Sipiora (SBN 124951)
Kristopher L. Reed (SBN 235518)
Matthew C. Holohan (SBN 239040)
1400 Wewatta St., Suite 600
Denver, CO 80202
Telephone:   (303) 571-4000
Facsimile:    (303) 571-4321
Email:         dsipiora@kilpatricktownsend.com
               kreed@kilpatricktownsend.com
               mholohan@kilpatricktownsend.com

Robert J. Artuz (SBN 227789)
Eighth Floor, Two Embarcadero Center
San Francisco, CA 94111
Telephone:   (415) 273-4713
Facsimile:    (415) 576-0300
Email:         rartuz@kilpatricktownsend.com

Attorneys for Plaintiff

AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., <br><br>Plaintiff, <br><br>v. <br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, <br><br>Defendants. | Case No.:  3:15-CV-04525-EMC <br><br>**STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF** |

Pursuant to Civil L.Rs. 7-11, due to a scheduling conflict in regard to the availability of counsel for Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd. ("Avago"), Avago and Defendants ASUSTeK Computer Inc., and ASUS Computer International (collectively "ASUS") respectfully request that the Hearing on ASUS's Motion for Rule 11 Sanctions, currently scheduled for September 1, 2016 at 1:30 p.m., be rescheduled to September 15, 2016 at 1:30 p.m.

| | | |
|---|---|---|
| 1 | Dated: August 10, 2016 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | | By: */s/ David E. Sipiora* |
| | | David E. Sipiora |

*Attorneys for Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd.*

Dated: August 10, 2016                ALSTON & BIRD, LLP

By: */s/ Michael J. Newton (with permission)*
Michael J. Newton

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

IT IS SO ORDERED.

Dated: 8/10/16

The status conference is reset from 9/29/16 to 9/15/16 at 1:30 p.m. An updated joint status report shall be filed by 9/8/16.

UNITED STATES JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA