1  KILPATRICK TOWNSEND & STOCKTON LLP
   David E. Sipiora (SBN 124951)
2  Kristopher L. Reed (SBN 235518)
   Matthew C. Holohan (SBN 239040)
3  1400 Wewatta St., Suite 600
   Denver, CO 80202
4  Telephone:     (303) 571-4000
   Facsimile:     (303) 571-4321
5  Email:         dsipiora@kilpatricktownsend.com
                  kreed@kilpatricktownsend.com
6                 mholohan@kilpatricktownsend.com

7  Robert J. Artuz (SBN 227789)
   Eighth Floor, Two Embarcadero Center
8  San Francisco, CA 94111
   Telephone:     (415) 273-4713
9  Facsimile:     (415) 576-0300
   Email:         rartuz@kilpatricktownsend.com
10

11 Attorneys for Plaintiff

12 AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.

13                **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15                     **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 16  AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., | Case No.: 3:15-CV-04525-EMC<br>Case No.: 3:16-CV-00451-EMC |
| 17 | |
| 18              Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER FOR ADMINISTRATIVE RELIEF** |
| 19       v. | |
| 20  ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, | |
| 21              Defendants. | |

23        Pursuant to Civil L.Rs. 7-11, due to a scheduling conflict in regard to the availability of

24 counsel for Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd. ("Avago"), Avago and

25 Defendants ASUSTeK Computer Inc., and ASUS Computer International (collectively "ASUS")

26 respectfully request that the Status Conference currently scheduled for September 22, 2016 at

27 10:30 a.m., be rescheduled to October 6, 2016 at 10:30 a.m.

28

| | | |
|---|---|---|
| 1 | Dated: September 14, 2016 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | | By:  /s/ David E. Sipiora |
| 3 | | David E. Sipiora |
| 4 | | *Attorneys for Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd.* |
| 5 | | |
| 6 | Dated: September 14, 2016 | ALSTON & BIRD, LLP |
| 7 | | By:  /s/ Michael J. Newton (with permission) |
| | | Michael J. Newton |
| 8 | | *Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International* |

IT IS SO ORDERED.

Dated: 09/14/2016

_____
UNITED [STATES DISTRICT JUDGE]
Judge Edward M. Chen