KILPATRICK TOWNSEND & STOCKTON LLP
David E. Sipiora (SBN 124951)
Kristopher L. Reed (SBN 235518)
Matthew C. Holohan (SBN 239040)
1400 Wewatta St., Suite 600
Denver, CO 80202
Telephone:   (303) 571-4000
Facsimile:    (303) 571-4321
Email:          dsipiora@kilpatricktownsend.com
                    kreed@kilpatricktownsend.com
                    mholohan@kilpatricktownsend.com

Robert J. Artuz (SBN 227789)
Eighth Floor, Two Embarcadero Center
San Francisco, CA 94111
Telephone:   (415) 273-4713
Facsimile:    (415) 576-0300
Email:          rartuz@kilpatricktownsend.com

Attorneys for Plaintiff

AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | Case No.: 3:15-CV-04525-EMC<br><br>**STIPULATION AND [P~~ROPOS~~ED] ORDER FOR ADMINISTRATIVE RELIEF** |

Pursuant to Civil L.Rs. 7-11, due to a scheduling conflict in regard to the availability of counsel for Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd. ("Avago"), Avago and Defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively, "ASUS"), respectfully request that the Hearing on the parties' Summary Judgment and Daubert Motions, currently scheduled for November 3, 2016 at 9:30 a.m., be rescheduled to November 2, 2016 at 9:30 a.m.

Dated: September 29, 2016        KILPATRICK TOWNSEND & STOCKTON LLP

By:  */s/ David E. Sipiora*
     David E. Sipiora

*Attorneys for Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd.*

Dated: September 29, 2016        ALSTON & BIRD, LLP

By:  */s/ Michael J. Newton (with permission)*
     Michael J. Newton

*Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

IT IS SO ORDERED.

Dated:   9/29/2016

_____
UNITED STATES JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

KILPATRICK TOWNSEND 68783858 2