KILPATRICK TOWNSEND & STOCKTON LLP
David E. Sipiora (SBN 124951)
Kristopher L. Reed (SBN 235518)
Matthew C. Holohan (SBN 239040)
1400 Wewatta St., Suite 600
Denver, CO 80202
Telephone:   (303) 571-4000
Facsimile:    (303) 571-4321
Email:         dsipiora@kilpatricktownsend.com
               kreed@kilpatricktownsend.com
               mholohan@kilpatricktownsend.com

Robert J. Artuz (SBN 227789)
Eighth Floor, Two Embarcadero Center
San Francisco, CA 94111
Telephone:   (415) 273-4713
Facsimile:    (415) 576-0300
Email:         rartuz@kilpatricktownsend.com

Attorneys for Plaintiff

AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | Case No.:  3:15-CV-04525-EMC<br><br>**STIPULATION AND [PR~~OPOSED~~] ORDER FOR ADMINISTRATIVE RELIEF**   (Denied) |

Pursuant to Civil L.Rs. 7-11 and 7-12, Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd. ("Avago") and Defendants ASUSTeK Computer Inc., and ASUS Computer International (collectively, "ASUS") respectfully request that the hearing on Avago's Motion for Leave to Amend Infringement Contentions currently set for November 17, 2016 at 1:30 p.m., be rescheduled to November 2, 2016 at 9:30 a.m.  This will permit the motion to be heard on the same date as the parties' pending *Daubert* motions and motions for summary judgment.

| | | |
|---|---|---|
| 1 | Dated: September 29, 2016 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | | By:  /s/ *David E. Sipiora* |
| 3 | | David E. Sipiora |
| 4 | | *Attorneys for Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd.* |
| 5 | | |
| 6 | Dated: September 29, 2016 | ALSTON & BIRD, LLP |
| 7 | | By:  /s/ *Michael J. Newton (with permission)* |
| | | Michael J. Newton |
| 8 | | *Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International* |

IT IS SO ORDERED.

Dated:   October 3, 2016

**DENIED**

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA