UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE LTD.,, <br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER, INC., et al.,<br><br>Defendants. | Case No. 15-cv-04525-EMC <br><br>**ORDER GRANTING IN PART AND DEFERRING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Docket No. 256 |

ASUS has moved to file under seal certain documents it has submitted in support of its motion for partial summary judgment. The Court has reviewed the supporting declarations submitted from ASUS (Docket No. 256-1), Avago (Docket No. 268), and third parties (Docket Nos. 265, 266-1, and 266-3).

Based on those declarations, the Court hereby **GRANTS** the motion to file under seal as to all documents (or portions thereof) identified in ASUS's proposed order (Docket No. 256-2), *except* for Exhibits 12 and 18.

As to Exhibit 18, it appears that the third party is not claiming confidentiality, but it is not entirely clear. As to Exhibit 12, no declaration has been received from the third party, and it is not even clear whether any claim of confidentiality is being made in the first place (*e.g.*, nothing appears to have been redacted).

Out of an abundance of caution, the Court **DEFERS** ruling on the motion to seal Exhibits 12 and 18. As to these exhibits, the Court orders ASUS to *immediately* contact those third parties and inform those third parties that the exhibits shall be publicly filed unless, *within a week of the date of this order*, the third parties submit declarations justifying a filing under seal. ASUS shall

1  *immediately* file a declaration certifying that it has given the notice required herein.

3  **IT IS SO ORDERED**.

5  Dated: October 18, 2016

_____
EDWARD M. CHEN
United States District Judge

2