UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE LTD.,, <br><br> Plaintiff, <br><br> v. <br><br> ASUSTEK COMPUTER, INC., et al., <br><br> Defendants. | Case No. 15-cv-04525-EMC <br><br> **ORDER GRANTING IN PART AND DEFERRING IN PART DEFENDANTS' ADMINISTRATION MOTION TO FILE UNDER SEAL** <br><br> Docket No. 254 |

ASUS has moved to file certain documents under seal in support of its motion to exclude testimony by Dr. Acton. A declaration has been submitted, *see* Docket No. 266-2, that justifies filing Exhibits 3, 5, and 8 (attached to the Neilson declaration) under seal, as well as portions of the motion related thereto. Accordingly, to this extent, the motion to file under seal is **GRANTED**.

No declaration has been submitted by either Avago or a third party with respect to Exhibits 4, 6, 7, and 9 and the portions of the motion related thereto. While it is questionable whether there is any confidential information contained therein, the Court shall, out of an abundance of caution, **DEFER** ruling on these documents. Avago shall, within one week of the date of this order, submit a declaration stating whether these documents should remain under seal.

**IT IS SO ORDERED**.

Dated: October 21, 2016

_____
EDWARD M. CHEN
United States District Judge