UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE LTD.,,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER, INC., et al.,<br><br>Defendants. | Case No.  15-cv-04525-EMC<br><br>**SECOND ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Docket No. 256 |

Previously, the Court granted in part and deferred in part Defendants' administrative motion to file under seal. *See* Docket No. 327 (order). The Court deferred in part in order to give third parties an opportunity to assert a claim of confidentiality. Because no third party has claimed confidentiality as to Exhibits 12 and 18, and no party has either, the Court hereby **DENIES** the request to file those exhibits under seal. ASUS shall publicly file Exhibits 12 and 18 within three days of the date of this order.

**IT IS SO ORDERED**.

Dated: November 3, 2016

_____
EDWARD M. CHEN
United States District Judge