UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE LTD.,,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER, INC., et al.,<br><br>Defendants. | Case No.  15-cv-04525-EMC<br><br>**SECOND ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Docket No. 254 |

Previously, the Court granted in part and deferred in part Defendants' administrative motion to file under seal.  *See* Docket No. 340 (order).  The Court deferred in part in order to give Avago an opportunity to assert a claim of confidentiality with respect to certain exhibits.  Because Avago has not asserted a claim of confidentiality, and neither has ASUS or any third party, the Court hereby **DENIES** the request to file the following exhibits under seal: Exhibits 4, 6, 7, and 9.  ASUS shall publicly file these exhibits within three days of the date of this order.  Also, within three days of this order, ASUS shall (1) review its motion to see whether portions of that motion should now be filed publicly in light of this order and (2) if so, publicly file a copy of the motion to reflect such.  That filing, of course, may still contain redactions of confidential information to the extent that the Court granted the motion to file under seal in its prior order.  *See* Docket No. 340 (order).

**IT IS SO ORDERED**.

Dated: November 3, 2016

_____
EDWARD M. CHEN
United States District Judge