UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE LTD.,,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER, INC., et al.,<br><br>Defendants. | Case No. 15-cv-04525-EMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Docket No. 304 |

Currently pending before the Court is ASUS's motion to file under seal. ASUS has moved to file under seal because certain information has been designated by Avago or a third party as confidential. According to ASUS, it has given notice to both Avago and the relevant third parties so that they may assert a claim of confidentiality, as necessary. Only Avago has submitted a declaration supporting a filing under seal, but Avago does not claim confidentiality as to all of the information that ASUS identified in its motion.

The Court has reviewed Avago's declaration and finds that it justifies a filing under seal with respect to the portions identified by Avago. As to these portions identified by Avago, the motion to file under seal is **GRANTED**.

As to the remaining portions, however, sealing is not appropriate as no party or third party has asserted a claim of confidentiality. Thus, to this extent, the motion to file under seal is **DENIED**.

///

///

///

The Court orders ASUS to re-file (publicly) its opposition brief so that only those portions identified by Avago in its declaration are redacted. ASUS shall re-file its opposition brief within three days of the date of this order.

**IT IS SO ORDERED**.

Dated: November 3, 2016

_____
EDWARD M. CHEN
United States District Judge