KILPATRICK TOWNSEND & STOCKTON LLP
David E. Sipiora (SBN 124951)
Kristopher L. Reed (SBN 235518)
Matthew C. Holohan (SBN 239040)
1400 Wewatta St., Suite 600
Denver, CO 80202
Telephone:   (303) 571-4000
Facsimile:   (303) 571-4321
Email:   dsipiora@kilpatricktownsend.com
         kreed@kilpatricktownsend.com
         mholohan@kilpatricktownsend.com

Robert J. Artuz (SBN 227789)
Eighth Floor, Two Embarcadero Center
San Francisco, CA 94111
Telephone:   (415) 273-4713
Facsimile:   (415) 576-0300
Email:   rartuz@kilpatricktownsend.com

Attorneys for Plaintiff

AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | CASE NO. 3:15-CV-04525-EMC<br><br>**STIPULATION AND PROPOSED ORDER TO GRANT ACCESS TO SEALED TRANSCRIPT** |

STIPULATION AND PROPOSED ORDER TO GRANT ACCESS TO SEALED TRANSCRIPT
CASE NO. 3:15-CV-04525-EMC

Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd. ("Avago") and Defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively, "ASUS") hereby move the Court for an order directing the Court Reporter to provide to counsel of record in this action copies of the sealed transcript of the proceedings held on October 28, 2016. The Court sealed the transcript at the request of the parties. The Court Reporter has informed counsel for Avago that a Court order is required for the parties to access the transcript. The transcript may be helpful to the parties in further proceedings in this litigation. Further, once access is granted, the parties will be able to identify those portions that need to be sealed and allow the remaining portions to be unsealed. No party will be prejudiced by granting access to counsel of record, all of whom are bound by the Protective Order in this action.

Accordingly, the parties hereby stipulate to the relief requested herein, and respectfully request that the Court enter an order directing the Court Reporter to provide the sealed transcript to counsel of record in this action.

DATED: November 17, 2016        Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ David E. Sipiora*
    David E. Sipiora

    *Attorneys for Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd.*

DATED: November 17, 2016        Respectfully submitted,

ALSTON & BIRD, LLP

By: */s/ Michael J. Newton (with permission)*
    Michael J. Newton

    *Attorneys for Defendants ASUSTeK Computer Inc. and ASUS Computer International*

STIPULATION AND PROPOSED ORDER TO GRANT ACCESS TO SEALED TRANSCRIPT        - 1 -
CASE NO. 3:15-CV-04525-EMC

```
1    PURSUANT TO STIPULATION, IT IS SO ORDERED
2
3
4    DATED:     11/21/2016                    _____
5                                             UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
...
28
```

